# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152274 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TROY CHAN OLRICH,
        Defendant-Appellant.

SC: 152274
COA: 327279
Isabella CC: 12-002371-FH;
      12-002372-FH

_____/

On order of the Chief Justice, the motion of defendant-appellant to withdraw his application for leave to appeal is GRANTED, and the case is DISMISSED with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk